UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

_____

ELBECO INCORPORATED,                          :
                                              :     No. 5:15-cv-00318-JFL
                    Plaintiff,                :
          v.                                  :
                                              :
NATIONAL RETIREMENT FUND,                     :
                                              :
                    Defendant.                :
_____

**O R D E R**

   **AND NOW,** this 2nd day of September, 2015, upon consideration of Defendant's Motion

to Dismiss, dated March 20, 2015, ECF No. 13, **IT IS HEREBY ORDERED THAT:**

1.  Defendant's Motion is **GRANTED**.

2.  Plaintiff is granted leave to file an Amended Complaint within twenty-one days of the

    date of this Order, consistent with the Opinion accompanying this Order. If Plaintiff fails

    to file an Amended Complaint within this time period, the action will be dismissed

    without further notice of this Court.

                              BY THE COURT:

                              _/s/ Joseph F. Leeson, Jr._____
                              JOSEPH F. LEESON, JR.
                              United States District Judge