UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ELBECO INCORPORATED, : | |
| : | |
| Plaintiff, : | |
| v. : | No. 5:15-cv-00318 |
| : | |
| NATIONAL RETIREMENT FUND, : | |
| : | |
| Defendant. : | |

**O R D E R**

**AND NOW,** this 19th day of July, 2016, upon consideration of Defendant's Motion to Dismiss Plaintiff's Amended Complaint, ECF No. 26, and for the reasons set forth in the accompanying Memorandum issued this date, **IT IS HEREBY ORDERED THAT:**

1. Defendant's Motion, ECF No. 26, is **GRANTED**;

2. Plaintiff's Amended Complaint is **DISMISSED with prejudice**;

3. The Clerk of Court is directed to **CLOSE** this case.

.

BY THE COURT:


*/s/ Joseph F. Leeson, Jr.*_____
JOSEPH F. LEESON, JR.
United States District Judge